# United States District Court
## EASTERN DISTRICT OF TENNESSEE

DAVID A. RAMEY  
    Plaintiff,

V.

VEDA ODLE, METROPOLITAN  
LIFE INSURANCE COMPANY,  
OFFICE OF FEDERAL EMPLOYEES'  
GROUP LIFE INSURANCE; and  
U.S. OFFICE OF PERSONNEL MANAGEMENT,  
Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 3:20-cv-00013

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff, Ramey, shall pay to MetLife the sum of $10,750, if not already paid beforehand, within 30 days of the entry of this Order. Defendant, Odle, shall pay to MetLife the sum of $40,000, if not already paid beforehand, within 30 days of the entry of this Order. A Judgment shall be entered against the Plaintiff, Ramey, in the amount of $29,250.00 in favor of MetLife. The parties shall bear their own respective costs and fees. Mutual releases would be exchanged between the parties based upon Plaintiff, Ramey's and Defendant Odle's payment of the sums agreed to in the Agreement. Based upon the Agreement and terms set forth therein, this lawsuit including all claims, counterclaims and cross-claims by and between the parties is hereby DISMISSED with prejudice.

 January 25, 2022                                By:      s/ A. Archer, Deputy Clerk  
Date

                                                                                     ENTERED AS A JUDGMENT  
                                                                                         s/ *LeAnna R. Wilson*  
                                                                                            CLERK OF COURT